| United States Bankruptcy Court<br>Western District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OCM Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1119143** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**400 Ingham Ave.**<br>**Lackawanna, NY**<br><br>ZIP Code **14218** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 2285**<br>**Blasdell, NY**<br><br>ZIP Code **14219** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OCM Construction, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **OCM Construction, Inc.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Arthur G. Baumeister, Jr.**
Signature of Attorney for Debtor(s)

 **Arthur G. Baumeister, Jr.**
Printed Name of Attorney for Debtor(s)

 **Amigone, Sanchez, Mattrey & Marshall LLP**
Firm Name
 **1300 Main Place Tower**
 **350 Main Street**
 **Buffalo, NY 14202**

Address

 **Email: abaumeister@amigonesanchez.com**
 **(716) 852-1300  Fax: (716) 852-1344**
Telephone Number
 **September 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Konrad S. Ortega**
Signature of Authorized Individual
 **Konrad S. Ortega**
Printed Name of Authorized Individual
 **President**
Title of Authorized Individual
 **September 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re   **OCM Construction, Inc.**                         Case No. _____
                                   Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ASI Signage Innovations**<br>**2957 Alt Blvd.**<br>**Grand Island, NY 14072** | **ASI Signage Innovations**<br>**2957 Alt Blvd.**<br>**Grand Island, NY 14072** | **Vendor** | | **5,125.25** |
| **Carboline Company**<br>**P.O. Box 931942**<br>**Cleveland, OH 44193-0004** | **Carboline Company**<br>**P.O. Box 931942**<br>**Cleveland, OH 44193-0004** | **Vendor** | | **8,667.26** |
| **Complete Payment Recovery Services**<br>**P.O. Box 30184**<br>**Tampa, FL 33630-3184** | **Complete Payment Recovery Services**<br>**P.O. Box 30184**<br>**Tampa, FL 33630-3184** | **Vendor** | | **1,053.43** |
| **Construction Specialties**<br>**P.O. Box 415278**<br>**Boston, MA 02241-5278** | **Construction Specialties**<br>**P.O. Box 415278**<br>**Boston, MA 02241-5278** | **Vendor** | | **44,267.79** |
| **Dommer Construction Corp.**<br>**19 Cardy Lane**<br>**Depew, NY 14043** | **Dommer Construction Corp.**<br>**19 Cardy Lane**<br>**Depew, NY 14043** | **contract** | | **44,085.00** |
| **Guard Contracting Corp.**<br>**3775 River Road**<br>**Tonawanda, NY 14150** | **Guard Contracting Corp.**<br>**3775 River Road**<br>**Tonawanda, NY 14150** | **Vendor** | | **1,892.25** |
| **Gui's Lumber/ACE Hardware**<br>**P.O. Box 147**<br>**Niagara Falls, NY 14304** | **Gui's Lumber/ACE Hardware**<br>**P.O. Box 147**<br>**Niagara Falls, NY 14304** | **Vendor** | | **1,141.71** |
| **Hanes Supply, Inc.**<br>**55 James E. Casey Drive**<br>**Buffalo, NY 14206** | **Hanes Supply, Inc.**<br>**55 James E. Casey Drive**<br>**Buffalo, NY 14206** | **vendor** | | **14,649.52** |
| **Independent Health**<br>**Dept. 264**<br>**P.O. Box 8000**<br>**Buffalo, NY 14267-0002** | **Independent Health**<br>**Dept. 264**<br>**P.O. Box 8000**<br>**Buffalo, NY 14267-0002** | **health insurance premiums** | | **2,013.69** |
| **Kamco Supply Corp.**<br>**P.O. Box 530**<br>**Wallingford, CT 06492** | **Kamco Supply Corp.**<br>**P.O. Box 530**<br>**Wallingford, CT 06492** | **Vendor** | | **117,782.01** |
| **Life Science Products**<br>**124 Speer Road**<br>**Chestertown, MD 21620** | **Life Science Products**<br>**124 Speer Road**<br>**Chestertown, MD 21620** | **Vendor** | | **45,373.57** |

In re __OCM Construction, Inc._____     Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Mader Construction Co., Inc.<br>970 Bullis Road<br>P.O. Box 429<br>Elma, NY 14059 | Mader Construction Co., Inc.<br>970 Bullis Road<br>P.O. Box 429<br>Elma, NY 14059 | contract | Contingent<br>Unliquidated<br>Disputed | 28,769.59 |
| Mark Collins<br>5490 Salt Road<br>Clarence, NY 14031 | Mark Collins<br>5490 Salt Road<br>Clarence, NY 14031 | Employee reimbursement | Disputed | 26,100.00 |
| RB U'Ren<br>1120 Connecting Road<br>Niagara Falls, NY 14304 | RB U'Ren<br>1120 Connecting Road<br>Niagara Falls, NY 14304 | Vendor | | 4,928.25 |
| Riverfront Custom Design Inc.<br>200 River Road<br>North Tonawanda, NY 14120 | Riverfront Custom Design Inc.<br>200 River Road<br>North Tonawanda, NY 14120 | Vendor | | 1,705.25 |
| Sherwin Williams<br>910 Sheraton Drive, Suite 400<br>Mars, PA 16046 | Sherwin Williams<br>910 Sheraton Drive, Suite 400<br>Mars, PA 16046 | Vendor | | 7,608.99 |
| Skyworks LLC<br>100 Thielman Drive<br>Buffalo, NY 14206 | Skyworks LLC<br>100 Thielman Drive<br>Buffalo, NY 14206 | Vendor | | 6,279.41 |
| Spray Tech<br>116 Lake Avenue<br>Buffalo, NY 14219 | Spray Tech<br>116 Lake Avenue<br>Buffalo, NY 14219 | Vendor | Disputed | 100,262.23 |
| United Materials<br>3949 Forest Parkway, Suite 400<br>North Tonawanda, NY 14120 | United Materials<br>3949 Forest Parkway, Suite 400<br>North Tonawanda, NY 14120 | Vendor | | 1,373.57 |
| Zdarsky, Sawicki & Augostinelli, LLP<br>404 Cathedral Park<br>298 Main Street<br>Buffalo, NY 14202 | Zdarsky, Sawicki & Augostinelli, LLP<br>404 Cathedral Park<br>298 Main Street<br>Buffalo, NY 14202 | legal fees | | 15,522.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __September 30, 2014_____          Signature __/s/ Konrad S. Ortega_____
                                                      Konrad S. Ortega
                                                      President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Western District of New York

In re    **OCM Construction, Inc.**                                 ,       Case No. _____

                                       Debtor                Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 171,778.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 62,184.95 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 635,986.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 486,010.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 171,778.00 | | |
| Total Liabilities | | | | 1,184,180.98 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

.

# United States Bankruptcy Court

## Western District of New York

In re    **OCM Construction, Inc.** _____,

                                 Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **OCM Construction, Inc.**                                    ,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **OCM Construction, Inc.**                                          ,     Case No. _____
                                                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank - checking account** | - | 5.00 |
| | | **M&T Bank - checking account** | - | 5.00 |
| | | **Evans Bank - checking account - payroll** | - | 5,631.00 |
| | | **Evans Bank - checking account - general** | - | 131.00 |
| | | **M&T Bank - savings account** | - | 5.00 |
| | | **First Niagara Bank - checking account X1294** | - | 1.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **5,778.00** |
| (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

In re   **OCM Construction, Inc.**                   ,       Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Approximate accounts receivable (exclusive of trust funds)** | - | 100,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                     Sub-Total >      **100,000.00**
                                (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **OCM Construction, Inc.**                     ,     Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Tall file cabinets (8), short file cabinets (2), tall wide file cabinet, conference table, secretary desk, office desk, blue print printer, AOC computer, HP computers/towers (6), Acer computer, Epson printers (2), Brother printer (1), Cannon printer, phones, microwave.** | - | 2,500.00 |

|  | Sub-Total >  | **2,500.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re   **OCM Construction, Inc.**                     ,   Case No. _____

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **flat carts (2), dump carts (2), shop vacs (3), saw horses (pair), extension ladder, drywall board carts (4), toll gang boxes (4), paint sprayer, fireproofing sprayer, baker scaffold (9), heat lamp, 6' ladders (2), 8' ladder, 4' ladder, baker scaffold side rails (2), wheel barrels (2), battery construction glue gun, gigsaws (2), 4" wheel grinders (2), hammer drills (2), yard rake, sludge hammers (2), garden hoe, pinch bar, pointed metal shovel, digging pick, plastic flat shovels (2), construction cones (5), pushbrooms (3), drywall screw guns (4), chopsaws (2), compound mixer motors (3), compound mixer paddle, trackfast shooter, dry tile cutter, drywall board t-squares (3), corded drills (4), ramset shooter, GFIs (5), rotozip, 2' level, sawzalls (2), single spotlight, dual spotlight, extension cords (3), 12" levels (3), small caulk gun, fall protection harness, circular saw, crow bar, ice scrapper, drywall compound gun, masonary chipping gun, cordless screw gun, lumber framing gun, 6' level, miter box, joint compound hopper, spray bottle, dremmel, cornerbead roller, battery skill saw, hole saw kit, chaulk box, dust pan, hammers (3), big caulk gun, big tubular caulk gun, palm hammer.** | - | 3,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Estimated future payments due under outstanding subcontracts** | - | 60,000.00 |

| | | |
|---|---|---|
| | Sub-Total > | 63,500.00 |
| | (Total of this page) | |
| | Total > | 171,778.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **OCM Construction, Inc.**                             ,       Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXXXXXXX8149** <br><br> **First Niagara** <br> **Loan Service Correspondence** <br> **P.O. Box 514** <br> **Lockport, NY 14095-0514** | X | - | **2009** <br><br> **Blanket Security Interest** <br><br> **All Assets** <br><br> Value $       **Unknown** | | | | 62,184.95 | 0.00 |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

  **0**   continuation sheets attached

|  | | Subtotal <br> (Total of this page) | 62,184.95 | 0.00 |
|---|---|---|---|---|
|  | | Total <br> (Report on Summary of Schedules) | 62,184.95 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re  **OCM Construction, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

4    continuation sheets attached

Case 1-14-12283-MJK    Doc 1    Filed 10/01/14    Entered 10/01/14 12:58:18    Desc Main
Document    Page 14 of 63

In re **OCM Construction, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2013-14 | | | | | |
| Buffalo Laborer's Benefit Fund 25 Tyrol Drive, Suite 200 Buffalo, NY 14227 | - | | | duplicate claim | X | X | X | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Duplicate Claim | | | | | |
| CIEA 2660 William St. Cheektowaga, NY 14227 | - | | | | X | X | X | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | 2014 | | | | | |
| CIEA Inc. Dept. #22 P.O. Box 8000 Buffalo, NY 14267 | - | | | Duplicate claim | X | X | X | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | 2009-14 | | | | | |
| Empire State Carpenter Fringe Benefit Funds 10 Corporate Park Drive, Suite B Hopewell Junction, NY 12533 | - | | | benefit payments | X | X | X | | Unknown |
| | | | | | | | | 373,509.00 | Unknown |
| Account No. | | | | Duplicate claim | | | | | |
| Empire State Carpenters Fringe Benefit Funds 181 Industrial Park Rd. Horseheads, NY 14845 | - | | | | X | X | X | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 373,509.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **OCM Construction, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Eric Brown, BA Plaster Local #9 153 Christiana St. North Tonawanda, NY 14120 | | - | | 2014 Duplicate claim | X | X | X | 0.00 | 0.00 0.00 |
| Account No. IUPAT Combined Funds P.O. Box 92869 Chicago, IL 60675-2869 | | - | | 2014 Benefit plan contributions | X | X | X | Unknown | Unknown Unknown |
| Account No. Local Union 210 Laborers International 25 Tyrol Drive, Suite 100 Cheektowaga, NY 14227 | | - | | 2012-14 benefit payments | X | X | X | 113,739.00 | Unknown Unknown |
| Account No. NYSLPAC 25 Tyrol Drive Buffalo, NY 14227 | | - | | 2014 Duplicate claim | X | X | X | 0.00 | 0.00 0.00 |
| Account No. P.D.C #4 Trust Funds 585 Aero Drive Buffalo, NY 14225 | | - | | 2014 Duplicate claim | X | X | X | 0.00 | 0.00 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page) 113,739.00 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **OCM Construction, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2014 | | | | | |
| Paul Brown Plaster Local #9 325 Oliver St. North Tonawanda, NY 14120 | | - | Benefit plan contributions | X | X | X | | Unknown |
| | | | | | | | 23,738.00 | Unknown |
| Account No. | | | Duplicate claim | | | | | |
| Plasterers & Cement Masons Local #9 1089 Kinkead Avenue, Suite 103 North Tonawanda, NY 14120 | | - | | X | X | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | duplicate claim | | | | | |
| Plasterers & Cement Masons Local #9 c/o Law Office of Luke Brown, LLC 2645 Sheridan Drive Tonawanda, NY 14150 | | - | | X | X | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 23,738.00 | 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __OCM Construction, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26-1119143**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **2013-14**<br><br>**Employment taxes** | | X | X | | Unknown |
| | | | | | | | **100,000.00** | Unknown |
| Account No.<br><br>**New York State Dept of Tax**<br>**Bankruptcy Unit**<br>**POB 5300**<br>**Albany, NY 12205-0300** | - | | **2013-14**<br><br>**Employment taxes** | | X | X | | Unknown |
| | | | | | | | **25,000.00** | Unknown |
| Account No. **26-1119143; ER #07-63787 8**<br><br>**New York State Dept. of Labor**<br>**Unemployment Insurance Division**<br>**Claim Service Subsection**<br>**P.O. Box 4320**<br>**Binghamton, NY 13902-4320** | - | | **2013-14**<br><br>**unemployment insurance** | | X | X | | Unknown |
| | | | | | | | **Unknown** | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | **125,000.00**    0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | **635,986.00**    0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **OCM Construction, Inc.**                                 ,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | 2014 Equipment Rental | | | | |
| Admar Supply Co. 1950 Brighton-Henrietta TL Rd. Rochester, NY 14623-2510 | | | | | | | | | 332.06 |
| Account No. | | - | | | 2014 breach of contract claim - listed protectively | X | X | X | |
| Allgaier Construction 180 County Rd. Clarence Center, NY 14032 | | | | | | | | | 0.00 |
| Account No. | | - | | | 2014 Vendor | | | | |
| ASI Signage Innovations 2957 Alt Blvd. Grand Island, NY 14072 | | | | | | | | | 5,125.25 |
| Account No. | | - | | | 2014 Vendor | | | | |
| Beaver Carpet & Tile Inc. 4804 Transit Road Depew, NY 14043 | | | | | | | | | 900.00 |

| | | |
|---|---|---|
| __14__ continuation sheets attached | Subtotal (Total of this page) | 6,357.31 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **OCM Construction, Inc.** ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 Vendor | | | | |
| Bison Scaffold & Masons Supply Inc. 885 Bailey Avenue Buffalo, NY 14206 | - | | | | | | | 400.04 |
| Account No. | | | | 2014 Vendor | | | | |
| BNI Publications P.O. Box 2380 Vista, CA 92085-2380 | - | | | | | | | 109.70 |
| Account No. | | | | 2013-14 subcontractor - funds will be paid directly from general contractor as trust funds | X | X | | |
| Builders Hardware 2002 West 16th Street Erie, PA 16505 | - | | | | | | | Unknown |
| Account No. | | | | 2014 Vendor | | | | |
| Carboline Company P.O. Box 931942 Cleveland, OH 44193-0004 | - | | | | | | | 8,667.26 |
| Account No. | | | | 2014 Employee reimbursement | | | | |
| Charlie Messer 98 Densmore Avenue Buffalo, NY 14220 | - | | | | | | | 148.93 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,325.93**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **OCM Construction, Inc.** ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Color Tech Painting**<br>**200 Roosevelt Street**<br>**Tonawanda, NY 14150-3503** | - | | **2014**<br>**subcontractor - will be paid by general contractor directly as trust funds.** | X | X | | Unknown |
| Account No. <br><br>**Commercial Pipe & Supply Corp.**<br>**1920 Elmwood Avenue**<br>**Buffalo, NY 14207** | - | | **2014**<br>**subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | Unknown |
| Account No. <br><br>**Complete Payment Recovery Services**<br>**P.O. Box 30184**<br>**Tampa, FL 33630-3184** | - | | **2013**<br>**Vendor** | | | | 1,053.43 |
| Account No. <br><br>**Concentra Occupational Health Centers**<br>**P.O. Box 20127**<br>**Cranston, RI 02920-0942** | - | | **2014**<br>**Vendor** | | | | 396.00 |
| Account No. <br><br>**Construction Specialties**<br>**c/o Mike Milliken**<br>**Sanders Douglas International**<br>**120 S. Houghton Road, Suite 138-257**<br>**Tucson, AZ 85748** | - | | **duplicate claim** | | | | 0.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            | 1,449.43
(Total of this page)

In re **OCM Construction, Inc.** ,                 Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2013-14 Vendor | | | | |
| Construction Specialties P.O. Box 415278 Boston, MA 02241-5278 | | | - | | | | | | 44,267.79 |
| Account No. | | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| Dan Zambito Construction Inc. 147 Richfield Road Buffalo, NY 14221-6852 | | | - | | | X | X | | Unknown |
| Account No. | | | | | 2014 Vendor | | | | |
| Design & Construction Resources P.O. Box 2380 Vista, CA 92085-2380 | | | - | | | | | | 72.70 |
| Account No. | | | | | 2013 contract | | | | |
| Dommer Construction Corp. 19 Cardy Lane Depew, NY 14043 | X | | - | | | | | | 44,085.00 |
| Account No. | | | | | duplicate claim | | | | |
| Dommer Construction Corp. c/o Eric A. Bloom, Esq., Damon & Morey The Avant Building, Suite 1200 200 Delaware Avenue Buffalo, NY 14202 | | | - | | | | | | 0.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            88,425.49

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re **OCM Construction, Inc.** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Door Specialties Inc.**<br>**530 Fillmore Avenue**<br>**Tonawanda, NY 14150** | | - | | **2014**<br>**Vendor** | | | | **440.00** |
| Account No.<br><br>**Edward H. Cox Company, Inc.**<br>**91 Union Street**<br>**Hamburg, NY 14075** | | - | | **2014**<br>**subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | **Unknown** |
| Account No.<br><br>**Fab Tech, Inc.**<br>**480 Hercules Drive**<br>**Colchester, VT 05446** | | - | | **2014**<br>**subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | **Unknown** |
| Account No.<br><br>**Fastenal**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978** | | - | | **2014**<br>**Vendor** | | | | **113.86** |
| Account No.<br><br>**Frontier**<br>**2101 Kenmore Avenue**<br>**Buffalo, NY 14207** | | - | | **2014**<br>**subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | **Unknown** |

Sheet no. __4___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **553.86**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **OCM Construction, Inc.** _____, Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Guard Contracting Corp.** <br> **3775 River Road** <br> **Tonawanda, NY 14150** | | - | | | 2014 <br> Vendor | | | | 1,892.25 |
| Account No. <br><br> **Gui's Lumber/ACE Hardware** <br> **P.O. Box 147** <br> **Niagara Falls, NY 14304** | | - | | | 2014 <br> Vendor | | | | 1,141.71 |
| Account No. 1344673 <br><br> **Hanes Supply Inc.** <br> **c/o Edward Martin, Esq.** <br> **Greenberg Grant & Richards** <br> **5858 Westheimer Road, #500** <br> **Houston, TX 77057** | | - | | | duplicate claim | | | | 0.00 |
| Account No. <br><br> **Hanes Supply, Inc.** <br> **55 James E. Casey Drive** <br> **Buffalo, NY 14206** | X | - | | | 2013 <br> vendor | | | | 14,649.52 |
| Account No. <br><br> **I-Tul Design & Software Inc.** <br> **3009 Douglas Blvd.** <br> **Roseville, CA 95661** | | - | | | 2014 <br> Vendor | | | | 423.95 |
| Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | 18,107.43 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **OCM Construction, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ignite Payments** <br> **5251 Westheimer Road** <br> **Houston, TX 77056-5404** | | - | **2013** <br> **Dues** | | | | 59.95 |
| Account No. <br><br> **Independent Health** <br> **Dept. 264** <br> **P.O. Box 8000** <br> **Buffalo, NY 14267-0002** | | - | **2014** <br> **health insurance premiums** | | | | 2,013.69 |
| Account No. <br><br> **Jeff Cook** <br> **12700 Cottage Road** <br> **South Dayton, NY 14138** | | - | **2014** <br> **Employee reimburement** | | | | 157.90 |
| Account No. <br><br> **Johnson Controls Inc.** <br> **130 John Muir Drive** <br> **Buffalo, NY 14228** | | - | **2014** <br> **subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | Unknown |
| Account No. <br><br> **Kamco Supply Corp.** <br> **P.O. Box 530** <br> **Wallingford, CT 06492** | X | - | **2013-14** <br> **Vendor** | | | | 117,782.01 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 120,013.55

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **OCM Construction, Inc.**                                 ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kelly Brothers** <br> **101 Benbro Drive** <br> **Buffalo, NY 14225** | - | | **2014** <br> **subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | **Unknown** |
| Account No. <br><br> **Kyle Kurtz** <br> **4591 Southwestern Blvd.** <br> **Hamburg, NY 14075** | - | | **2014** <br> **Employee reimbursement** | | | | **30.26** |
| Account No. <br><br> **Life Science Products** <br> **124 Speer Road** <br> **Chestertown, MD 21620** | - | | **2014** <br> **Vendor** | | | | **45,373.57** |
| Account No. <br><br> **Mader Construction Co., Inc.** <br> **970 Bullis Road** <br> **P.O. Box 429** <br> **Elma, NY 14059** | - | | **2013** <br> **contract** | X | X | X | **28,769.59** |
| Account No. <br><br> **Mader Construction Co., Inc.** <br> **c/o Eric A. Bloom, Esq., Damon &** <br> **Morey** <br> **The Avant Building, Suite 1200** <br> **200 Delaware Avenue** <br> **Buffalo, NY 14202** | - | | **duplicate claim** | | | | **0.00** |

Sheet no. \_\_7\_\_ of \_\_14\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          
(Total of this page)          **74,173.42**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **OCM Construction, Inc.** _____,  Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| Mark Cerrone Inc. P.O. Box 3009 Niagara Falls, NY 14304 | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | 2014 Employee reimbursement | | | | |
| Mark Collins 5490 Salt Road Clarence, NY 14031 | - | | | | | | | X | |
| | | | | | | | | | **26,100.00** |
| Account No. | | | | | 2014 Employee reimbursement | | | | |
| Mike Snyder 52 Pleasant Parkway Buffalo, NY 14206 | - | | | | | | | | |
| | | | | | | | | | **500.94** |
| Account No. | | | | | 2014 Vendor | | | | |
| Morris Masonry Restoration, LLC 441 Bailey Avenue Buffalo, NY 14210 | - | | | | | | | | |
| | | | | | | | | | **65.00** |
| Account No. | | | | | 2014 Vendor | | | | |
| Niagara Frontier Trans. Authority Metropolitan Transportation Center Buffalo, NY 14203 | - | | | | | | | | |
| | | | | | | | | | **165.00** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,830.94**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **OCM Construction, Inc.** ,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | | |
| Account No. | | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| **Niagara Pipe Hanger** **200 Campus Drive** **Mount Holly, NJ 08060-9663** | | - | | | | X | X | | Unknown |
| Account No. | | | | | 2014 breach of contract - listed protectively | | | | |
| **Nichtor Construction, Inc.** **30 Wildwood Dr.** **Lancaster, NY 14086** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | 2014 subcontractor - will be paid directly by general contract as trust funds. | | | | |
| **Northeast Interior System, Inc.** **7001 Maltage Dr.** **Liverpool, NY 13090** | | - | | | | X | X | | Unknown |
| Account No. | | | | | 2014 Vendor | | | | |
| **Print Plus Buffalo Publishing Corp.** **220 Broadway** **Buffalo, NY 14204-1437** | | - | | | | | | | 155.04 |
| Account No. | | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| **Quaker Millwork & Lumber Inc.** **77 South Davis Street** **Orchard Park, NY 14127** | | - | | | | X | X | | Unknown |

Sheet no. \_\_**9**\_\_ of \_\_**14**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **155.04**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **OCM Construction, Inc.**                ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.**<br><br>**Quality Plus**<br>**60 Lawrence Bell Drive**<br>**Buffalo, NY 14221** | - | | | | 2014<br>subcontractor - will be paid directly by general contractor as trust funds. | X | X | | **Unknown** |
| **Account No.**<br><br>**RB U'Ren**<br>**1120 Connecting Road**<br>**Niagara Falls, NY 14304** | - | | | | 2014<br>Vendor | | | | **4,928.25** |
| **Account No.**<br><br>**Repocraft**<br>**136 Broadway**<br>**Buffalo, NY 14203** | - | | | | 2014<br>Vendor | | | | **793.35** |
| **Account No.**<br><br>**Riverfront Custom Design Inc.**<br>**200 River Road**<br>**North Tonawanda, NY 14120** | - | | | | 2014<br>Vendor | | | | **1,705.25** |
| **Account No.**<br><br>**RM Headlee**<br>**3649 California Road**<br>**Orchard Park, NY 14127** | - | | | | 2014<br>subcontractor - will be paid directly by general contractor as trust funds. | X | X | | **Unknown** |

Sheet no. __10__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **7,426.85**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **OCM Construction, Inc.**                        ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ryan Militallo**<br>**43 Cloverleaf Drive**<br>**Buffalo, NY 14218** | | - | **2014**<br>**Employee reimbursement** | | | | 181.76 |
| Account No.<br><br>**Scranton's Thruway Bldrs. Supplies Corp.**<br>**3360 Walden Avenue**<br>**Depew, NY 14043** | | - | **2014**<br>**Vendor** | | | | 350.78 |
| Account No. **102494838-1041**<br><br>**Sherwin Williams**<br>**910 Sheraton Drive, Suite 400**<br>**Mars, PA 16046** | X | - | **2013**<br>**Vendor** | | | | 7,608.99 |
| Account No. **269656/270143**<br><br>**Sherwin Williams**<br>**c/o DeHaan & Bach**<br>**25 Whitney Drive, Suite 106**<br>**Milford, OH 45150** | | - | **duplicate claim** | | | | 0.00 |
| Account No.<br><br>**Skyworks LLC**<br>**100 Thielman Drive**<br>**Buffalo, NY 14206** | X | - | **2013-14**<br>**Vendor** | | | | 6,279.41 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
            (Total of this page)      **14,420.94**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **OCM Construction, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Skyworks LLC<br>c/o Getman & Biryla LLP<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203** | - | | duplicate claim | | | | **0.00** |
| Account No.<br><br>**Spicer Group<br>701 Seneca St., Suite 425<br>Buffalo, NY 14210** | - | | **2014<br>breach of contract - listed protectively** | X | X | X | **0.00** |
| Account No.<br><br>**Spray Tech<br>116 Lake Avenue<br>Buffalo, NY 14219** | - | | **2014<br>Vendor** | | | X | **100,262.23** |
| Account No.<br><br>**Stamps.com<br>P.O. Box 202928<br>Dallas, TX 75320-2928** | - | | **2014<br>Vendor** | | | | **207.87** |
| Account No.<br><br>**T.P. Woodside<br>60 Lawrence Dr.<br>Williamsville, NY 14221** | - | | **2014<br>subcontractor - will be paid directly by general contractor as trust funds.** | X | X | | **Unknown** |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,470.10**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **OCM Construction, Inc.** ,　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 Vendor | | | | |
| Thermal Foams, Inc. 2101 Kenmore Avenue Buffalo, NY 14207 | | - | | | | | | 461.47 |
| Account No. | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| Tiede-Zoeller Tile Corp. 250 Sonwil Drive Cheektowaga, NY 14225 | | - | | | X | X | | Unknown |
| Account No. | | | | 2014 Vendor | | | | |
| Tool Ranch 1150 Scottsville Road Rochester, NY 14624 | | - | | | | | | 717.59 |
| Account No. | | | | 2014 subcontractor - will be paid directly by general contractor as trust funds. | | | | |
| Trane US Inc. 3600 Pammel Creek Road La Crosse, WI 54601-7599 | | - | | | X | X | | Unknown |
| Account No. | | | | 2013 Vendor | | | | |
| Transworld Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | - | | | | | | 59.95 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 　1,239.01

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

In re   **OCM Construction, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2014<br>Vendor | | | | |
| **United Materials**<br>**3949 Forest Parkway, Suite 400**<br>**North Tonawanda, NY 14120** | | | | | | | | **1,373.57** |
| Account No. | | - | | 2014<br>Employee reimbursement | | | | |
| **Vince Marino**<br>**478 Highland Avenue**<br>**Buffalo, NY 14223** | | | | | | | | **164.90** |
| Account No. **5255-27964** | X | - | | 2013<br>legal fees | | | | |
| **Zdarsky, Sawicki & Augostinelli, LLP**<br>**404 Cathedral Park**<br>**298 Main Street**<br>**Buffalo, NY 14202** | | | | | | | | **15,522.26** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **17,060.73** |
| | Total<br>(Report on Summary of Schedules) | **486,010.03** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **OCM Construction, Inc.**                  ,      Case No.            

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Autumn Construction** | **Wende Correctional Facility - Phase III - Debtor is subcontractor** |
| **Casilio Construction** | **NF Community Health Center - Debtor is subcontractor and general.** |
| **FCSM, LLC**<br>**217 Westcliff Drive**<br>**West Seneca, NY 14224** | **Commericial lease for space at 400 Ingham Ave., Lackawanna, NY - Debtor is lessee - term expires 12/31/15 - monthly rent $700 through 12/31/14 - monthly rent $1,025 1/1/15-12/31/15.** |
| **J. W. Danforth** | **Rich Products Renovations - Debtor is subcontractor and general.** |
| **J. W. Danforth** | **SUNY Fredonia - Debtor is subcontractor and general.** |
| **J. W. Danforth** | **Mayville Corrections - Debtor is subcontractor and general.** |
| **J.W. Danforth** | **Global Foundries - Debtor is subcontractor and general.** |
| **J.W. Danforth** | **Harbor Center - Debtor is subcontractor and general.** |
| **J.W. Danforth** | **100 NYPA SR Cooler Tower - Debtor is subcontractor and general.** |
| **J.W. Danforth** | **Lakeview Correctional Facility - Debtor is subcontractor and general.** |
| **Nichter Construction** | **Conventus 7th Floor - Debtor is subcontractor.** |
| **Spicer Construction** | **Roswell Park - Phase III - Debtor is subcontractor.** |
| **T.D. Zoller** | **Henry Hudson #28 - Debtor is subcontractor and general.** |

**0**

    Continuation sheet attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **OCM Construction, Inc.** , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Dommer Construction Corp.<br>19 Cardy Lane<br>Depew, NY 14043 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Hanes Supply, Inc.<br>55 James E. Casey Drive<br>Buffalo, NY 14206 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Kamco Supply Corp.<br>P.O. Box 530<br>Wallingford, CT 06492 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Sherwin Williams<br>910 Sheraton Drive, Suite 400<br>Mars, PA 16046 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Skyworks LLC<br>100 Thielman Drive<br>Buffalo, NY 14206 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | Zdarsky, Sawicki & Augostinelli, LLP<br>404 Cathedral Park<br>298 Main Street<br>Buffalo, NY 14202 |
| Ortega, Konrad<br>116 Edison St.<br>Lackawanna, NY 14218 | First Niagara<br>Loan Service Correspondence<br>P.O. Box 514<br>Lockport, NY 14095-0514 |

0 continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of New York

In re **OCM Construction, Inc.**                          Case No.
                                      Debtor(s)             Chapter     **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ **7,000,000.00** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ **21,500.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ **9,500.00** |
| 4. Payroll Taxes | **1,500.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **725.00** |
| 11. Utilities | **1,250.00** |
| 12. Office Expenses and Supplies | **500.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **600.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **500.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **First Niagara LOC** | **1,650.00** |
| **UST Fees** | **2,200.00** |
| **IRS/NYS Adequate Protection** | **2,000.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ **20,425.00** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ **1,075.00** |

# United States Bankruptcy Court
## Western District of New York

In re    **OCM Construction, Inc.**                          Case No. _____

                                    Debtor(s)           Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**31**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 30, 2014** _____        Signature     **/s/ Konrad S. Ortega** _____

                                                          **Konrad S. Ortega**

                                                          **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re    **OCM Construction, Inc.**      Case No. _____

              Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,051,039.00** | **2014 YTD: Gross Receipts** |
| **$4,423,671.00** | **2013: Gross Receipts** |
| **$5,438,659.00** | **2012: Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached** | | **$0.00** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Konrad S. Ortega, Sr.** | **various** | **$56,390.00** | **$0.00** |
| **Principal** | | | |
| **Drew Ortega** | **various** | **$42,606.00** | **$0.00** |
| **Principal's son** | | | |
| **Konrad Ortega II** | **various** | **$42,263.00** | **$0.00** |
| **Principal's son** | | | |
| **Victoria Ortega** | **various** | **$17,769.00** | **$0.00** |
| **Principal's daughter** | | | |
| **Grace Ortega** | **various** | **$4,085.00** | **$0.00** |
| **Principal's daughter** | | | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mader Constructions Co., Inc. v. OCM Construction, Inc. Index No. 802286/2014** | **Collection Action** | **NYS Supreme Court, Erie County** | **Summons and complaint served** |
| **Dommer Construction Corp. v. OCM Construction, Inc. Index Nos. 602471/2013 & 602885/2013** | **Collection Actions** | **NYS Supreme Court, Erie County** | **Judgment entered 11/4/2013 - payment agreement dated 11/13** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dommer Construction Corp.**<br>**19 Cardy Lane**<br>**Depew, NY 14043** | **9/26/14** | **Restraints placed on debtor's bank accounts and on general contractor payments** |

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Amigone, Sanchez, Mattrey & Marshall LLP**<br>**1300 Main Place Tower**<br>**350 Main Street**<br>**Buffalo, NY 14202** | **8/14** | **$23,282 retainer paid for pre-petition and post-petition services.** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **116 Edison, Lackawanna, NY 14218** | **same** | **9/2007-1/2013** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Edward L. Sixt** | **2013-present** |
| **Sixt, Wengewicz & Tharnish, CPA PC** | |
| **1075 Davis Rod, P.O. Box 465** | |
| **West Falls, NY 14170** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **United Brotherhood of Carpenters &** | **Joiners of America**<br>**10 Corporate Park Drive, Suite A**<br>**Hopewell Junction, NY 12533** | **8/2014** |
| **Lawley Services, Inc.** | **361 Delaware Avenue**<br>**Buffalo, NY 14202** | **6/2014** |
| **District Council 4 - Drywall Finishers** | | **9/2014** |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **NYS Empire Development Zone** | **9/2014** |
| **NYS Department of Transportation** | **3/2014, 3/2013** |
| **Internal Revenue Service** | **4/2013** |

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Konrad Ortega**<br>**116 Edison St.**<br>**Lackawanna, NY 14218** | **Sole officer, director and shareholder** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR<br>**See answer to SFA 3(c) above** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

B7 (Official Form 7) (04/13)
9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **September 30, 2014**      Signature **/s/ Konrad S. Ortega**

                                                   **Konrad S. Ortega**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Date: 09/29/2014
Time: 03:16:20 PM
Company No.  1  OCM Construction Inc.
Printing: Fiscal Year 2014   Periods  7 (July   )  thru  9 (September )
           Accounts 1020 thru 1030

GENERAL LEDGER

Report Code: 18.81
Page: 1

| ACCT SUB ACCT # JOURN | TRANSACTION DESCRIPT | NO. -- REFERENCE -- | DATE | VENDOR CUST # | JOB | TYPE | DEBIT | CREDIT | NET CHANGE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| **1020  Evans Bank-General** | | | | | | | | | | |
| | | | Beginning Balance for Period 7: | | | | | | | -49,029.33 |
| CD083 | Damon & Morey LLP | 1242 | 07/02/14 | DAMLLP | | | | 2,858.92 | | |
| CD083 | First Niagara Bank, N. | 1243 | 07/02/14 | FIRNIA | | | | 1,619.42 | | |
| CD085 | Konrad S. Ortega | 1246 | 07/03/14 | ORTKON | | | | 400.00 | | |
| CD087 | Carboline Company | 1247 | 07/16/14 | CARCOM | | | | 13,481.05 | | |
| CR104 | Journal Summary | 14-0703 | 07/16/14 | | | | 16,415.63 | | | |
| CR104 | Journal Summary | 14-0716 | 07/16/14 | | | | 13,885.48 | | | |
| CR110 | Journal Summary | 14-0716 | 07/16/14 | | | | 992.63 | | | |
| GL180 | Web Transfer to Genera | 072814 | 07/03/14 | | | | | 11,521.66 | | |
| GL182 | Web Transfer from Gene | 070314 | 07/03/14 | | | | | | | |
| GL202 | VERIZON WIRELESS PMT-7 | 070114 | 07/01/14 | | | | | 168.33 | | |
| GL203 | IRS Installment Pmt-7/ | 072814 | 07/28/14 | | | | | 384.57 | | |
| GL203 | IRS Installment Pmt-7/ | 072814 | 07/28/14 | | | | | 326.43 | | |
| GL204 | PR CHK #1241 | 070214 | 07/28/14 | | | | | 270.00 | | |
| GL205 | GRACE ORTEGA PR CHK#12 | 070914 | 07/09/14 | | | | | 180.00 | | |
| | | | Account Total For Period  7: | | | | 31,293.74 | 31,210.38 | 83.36 | -48,945.97 |
| AP444 | Konrad S Ortega | 9214 | 09/02/14 | KONOR1 | | | | 300.00 | | |
| CD089 | FCSM, LLC. | 1248 | 08/11/14 | FCSLLC | | | | 1,400.00 | | |
| CR151 | Journal Summary | 14-0828 | 08/28/14 | | | | 8,927.28 | | | |
| GL135 | Xfer to cover weekly P | 082914 | 08/29/14 | | | | 8,927.28 | | | |
| GL199 | Total Aug Xfer to Gene | 083014 | 08/30/14 | | | | 750.00 | | | |
| GL206 | OFFICE MAX-08/08/11 | 083014 | 08/30/14 | | | | | 310.41 | | |
| GL206 | EXCELL PETROLEUM-08/11 | 083014 | 08/30/14 | | | | | 50.07 | | |
| GL206 | EXCELL PETROLEUM-08/11 | 083014 | 08/30/14 | | | | | 9.80 | | |
| GL206 | USPS(STAMPS)-08/13/14 | 083014 | 08/30/14 | | | | | 139.00 | | |
| GL206 | I-TUL(SERVER)PMT-8/13/ | 083014 | 08/30/14 | | | | | 50.07 | | |
| GL206 | EXCELL PETROLEUM-8/13/ | 083014 | 08/30/14 | | | | | | | |
| GL207 | XFER TO PAYROLL-08/08/ | 080814 | 08/08/14 | | | | | 34,000.00 | | |
| GL208 | GRACE ORTEGA PR CHK#08 | 080814 | 08/08/14 | | | | | 280.00 | | |
| GL209 | AP CHK FOR CERT FEE | 080814 | 08/18/14 | | | | | 25.00 | | |
| GL210 | CREDIT ONE BNK-CHK#881 | 081814 | 08/18/14 | | | | | 417.22 | | |
| | | | Account Total For Period  8: | | | | 18,604.56 | 36,981.57 | -18,377.01 | -67,322.98 |
| CD102 | Rochester Careers in C | 1249 | 09/12/14 | ROCCAR | | | | 120.38 | | |
| CD106 | Victoria Ortega | 925 | 09/25/14 | ORIVIC | | | | 59.47 | | |
| CD107 | Grace Ortega | 82214 | 08/22/14 | ORTGRA | | | | 260.00 | | |
| CD107 | Grace Ortega | 814 | 08/08/14 | ORTGRA | | | | 280.00 | | |
| CD107 | Grace Ortega | 72514 | 07/25/14 | ORTGRA | | | | 256.00 | | |
| CD107 | Grace Ortega | 71014 | 07/11/14 | ORTGRA | | | | 212.00 | | |
| CD107 | Grace Ortega | 83114 | 08/31/14 | ORTGRA | | | | 204.00 | | |
| CD107 | Grace Ortega | 8114 | 08/01/14 | ORTGRA | | | | 356.00 | | |

Date: 09/29/2014
Time: 03:16:20 PM
Company No. 1  OCM Construction Inc.
Printing: Fiscal Year 2014 Periods 7 (July  ) thru 9 (September )
Accounts 1020 thru 1030

GENERAL LEDGER

Report Code: 18.81
Page: 2

| ACCT | SUB ACCT | JOURN # | TRANSACTION DESCRIPT | -- REFERENCE -- NO. | DATE | VENDOR CUST # | JOB | TYPE | PERIOD AMOUNTS DEBIT | PERIOD AMOUNTS CREDIT | NET CHANGE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020 | | | Evans Bank-General | (continued) | | | | | | | | |
| | CD107 | | Grace Ortega | 82414 | 08/24/14 | ORTGRA | | | | 320.00 | | |
| | CD107 | | Grace Ortega | 9714 | 09/07/14 | ORTGRA | | | | 256.00 | | |
| | | | Account Total For Period 9: | | | | | | | | -69,646.83 | -69,646.83 |
| | CR107 | | Journal Summary | 14-0703 | 07/03/14 | | | | 3,600.00 | | | |
| | CR108 | | Journal Summary | 14-0709 | 07/09/14 | | | | 7,000.00 | | | |
| | CR109 | | Journal Summary | 14-0714 | 07/14/14 | | | | 6,000.00 | | | |
| | CR111 | | Journal Summary | 14-0716 | 07/16/14 | | | | 6,118.18 | | | |
| | CR13 | | Journal Summary | 14-0716 | 07/16/14 | | | | 3,794.48 | | | |
| | CR16 | | Journal Summary | 14-0717 | 07/17/14 | | | | 9,200.00 | | | |
| | CR30 | | Journal Summary | 14-0812 | 08/12/14 | | | | 6,000.00 | | | |
| | CR132 | | Journal Summary | 14-0813 | 08/13/14 | | | | 4,875.02 | | | |
| | CR164 | | Journal Summary | 14-0911 | 09/11/14 | | | | 22,935.44 | | | |
| | CR165 | | Journal Summary | 14-0911 | 09/11/14 | | | | 16,826.09 | | | |
| | | | Account Total For Period Range 7 thru 9: | | | | | | 49,898.30 | 70,515.80 | -20,617.50 | -69,646.83 |
| | CR166 | | Journal Summary | 14-0911 | 09/11/14 | | | | 22,935.44 | | | |
| | CR167 | | Journal Summary | 070214 | 07/02/14 | | | | | | | |
| | CR177 | | Credit from Payroll4Co | 071014 | 07/10/14 | | | | 138.51 | | | |
| | GL178 | | Intuit Payroll Svc Fee | 070214 | 07/02/14 | | | | | 79.00 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 7,009.54 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 5,218.77 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 75.00 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 4,833.53 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 11,011.14 | | |
| | GL179 | | PR Taxes W/D-Payroll4C | 073114 | 07/31/14 | | | | | 8,598.98 | | |
| | GL180 | | Web Transfer to Genera | 072814 | 07/28/14 | | | | | 711.00 | | |
| | GL180 | | Web Transfer to Genera | 072814 | 07/28/14 | | | | | 281.63 | | |
| | GL181 | | NSF Fee | 073114 | 07/31/14 | | | | | 105.00 | | |
| | GL181 | | Bank Maintenance Fee | 073114 | 07/31/14 | | | | | 6.50 | | |
| | GL182 | | Web Transfer from Gene | 070314 | 07/03/14 | | | | 11,521.66 | | | |
| | GL183 | 100 | PR Checks Cleared | 073114 | 07/31/14 | | | | | 68,804.91 | | |
| | | | Account Total For Period 7: | | | | | | 120,944.82 | 129,670.44 | -8,725.62 | 7,375.52 |
| 1030 | | | Evans Bank-Payroll | | | | | | | | | |
| | | | Beginning Balance for Period 7: | | | | | | | | | 16,101.14 |
| | AP338 | | Payroll weekending/7/27 | 080114 | 08/01/14 | ORTGRA | | | 356.00 | | | |
| | AP338 | | Gas Reimbursements | 080114 | 08/01/14 | ORTKON | | | 350.00 | | | |
| | CR128 | | Journal Summary | 14-0812 | 08/12/14 | | | | | 3,851.93 | | |
| | CR129 | | Journal Summary | 14-0812 | 08/12/14 | | | | | 1,505.35 | | |

Date: 09/29/2014
Time: 03:16:20 PM
Company No. 1  OCM Construction Inc.
Printing: Fiscal Year 2014 Periods 7 (July    ) thru  9 (September )
          Accounts 1020 thru 1030

GENERAL LEDGER

Report Code: 18.81
Page:   3

| ACCT SUB ACCT # | JOURN # | TRANSACTION DESCRIPT | -- REFERENCE -- NO. | DATE | VENDOR CUST # | JOB | TYPE | PERIOD AMOUNTS DEBIT | CREDIT | NET CHANGE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1030 | | Evans Bank-Payroll      (continued) | | | | | | | | | |
| | CR133 | Journal Summary | 14-0813 | 08/13/14 | | | | 740.00 | | | |
| | CR163 | Journal Summary | 14-0911 | 09/11/14 | | | | 30,133.73 | | | |
| | CR199 | Journal Summary | 14-0929 | 09/29/14 | | | | 10,223.41 | | | |
| | GL135 | Xfer to cover weekly P | 082914 | 08/29/14 | | | | 1,221.72 | | | |
| | GL193 | NSF Returned Item 8-1 | 080114 | 08/01/14 | | | | 743.76 | | | |
| | GL193 | NSF Returned Item 8-1 | 080114 | 08/01/14 | | | | 638.82 | | | |
| | GL193 | NSF Returned Item 8-1 | 080114 | 08/01/14 | | | | 382.99 | | | |
| | GL193 | NSF Returned Item 8-1 | 080114 | 08/01/14 | | | | 376.57 | | | |
| | GL194 | NSF Fee-Returned Item | 080114 | 08/01/14 | | | | | 105.00 | | |
| | GL195 | Intuit Payroll Svc Fee | 080414 | 08/04/14 | | | | | 79.00 | | |
| | GL196 | CC Pmt to Cons Partner | 080614 | 08/06/14 | | | | | 1,028.50 | | |
| | GL197 | PR Tax W/D-8/11/14 | 080814 | 08/30/14 | | | | | 11,721.83 | | |
| | GL197 | PR Tax W/D-8/13/14 | 080814 | 08/30/14 | | | | | 15,337.28 | | |
| | GL197 | PR Tax W/D-8/19/14 | 080814 | 08/30/14 | | | | | 17,829.05 | | |
| | GL197 | PR Tax W/D-8/29/14 | 080814 | 08/30/14 | | | | | 21,214.26 | | |
| | GL198 | Misc. Debit Trans | 081314 | 08/13/14 | | | | | 500.00 | | |
| | GL199 | X-fer to General-8/13/ | 083014 | 08/30/14 | | | | | 740.00 | | |
| | GL199 | X-fer to General-8/29/ | 083014 | 08/30/14 | | | | | 10.00 | | |
| | GL200 | Verizon Wireless-08/14 | 083014 | 08/30/14 | | | | | 372.50 | | |
| | GL200 | Verizon -08/20/14 | 083014 | 08/30/14 | | | | | 843.05 | | |
| | GL200 | Verizon Pmt Fee-08/20/ | 083014 | 08/30/14 | | | | | 3.50 | | |
| | GL200 | NOCO (Gas)-08/18/14 | 083014 | 08/30/14 | | | | | 40.00 | | |
| | GL200 | NOCO (Gas) CR-08/18/14 | 083014 | 08/30/14 | | | | 40.00 | | | |
| | GL200 | NOCO (Gas) -08/18/14 | 083014 | 08/30/14 | | | | | 40.00 | | |
| | GL200 | Home Depot-CC Chg 8/22 | 083014 | 08/30/14 | | | | | 18.06 | | |
| | GL200 | Bank Maintenance Fee 8 | 083014 | 08/30/14 | | | | | 20.75 | | |
| | GL201 | 156 AUG PR CHECKS-CLEA | 083014 | 08/30/14 | | | | | 128,635.70 | | |
| | GL207 | XFER FR GENERAL-08/08/ | 080814 | 08/08/14 | | | | 34,000.00 | | | |
| | | Account Total For Period 8: | | | | | | 84,564.28 | 207,465.76 | -122,901.48 | -115,525.96 |
| | CR169 | Journal Summary | 14-0924 | 09/24/14 | | | | 3,373.78 | | | |
| | CR170 | Journal Summary | 14-0924 | 09/24/14 | | | | 1,624.56 | | | |
| | GL211 | ADV CHK#322739(JWD)-9/ | 091814 | 09/18/14 | | | | 7,000.00 | | | |
| | GL211 | ADV CHK#323008-09/ | 092514 | 09/25/14 | | | | 3,500.00 | | | |
| | GL212 | Advance Chk#323008-09/ | 092514 | 09/25/14 | | | | | 8,927.28 | | |
| | | Account Total For Period 9: | | | | | | 15,498.34 | 337,136.20 | 15,498.34 | -100,027.62 |
| | | Account Total For Period Range 7 thru 9: | | | | | | 221,007.44 | | -116,128.76 | -100,027.62 |

Date: 09/29/2014
Time: 03:16:20 PM
Company No. 1  OCM Construction Inc.
Printing: Fiscal Year 2014  Periods 7 (July    ) thru  9 (September )
        Accounts 1020 thru 1030

**GENERAL LEDGER**

Report Code: 18.81
                Page:    4

| ACCT SUB ACCT # | JOURN NO. | TRANSACTION DESCRIPT -- REFERENCE -- DATE | VENDOR CUST | JOB # | TYPE | DEBIT | PERIOD AMOUNTS CREDIT | NET CHANGE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

Grand Totals For Selected Accounts For Period Range  7 thru  9:            270,905.74        407,652.00      -136,746.26

# United States Bankruptcy Court
## Western District of New York

In re    **OCM Construction, Inc.**                                Case No.

                                             Debtor(s)          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 23,282.00 |
   | Prior to the filing of this statement I have received | $ | 23,282.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The above fee represents the retainer paid for both pre-petition and post-petition services. I will be filing an application for appointment as counsel for the Debtor for all post-petition services and any and all compensation associated with post-petition representation shall be as set forth in the Order of Appointment subject to further Order of the Court.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 30, 2014**                     **/s/ Arthur G. Baumeister, Jr.**

                                                   **Arthur G. Baumeister, Jr.**
                                                   **Amigone, Sanchez, Mattrey & Marshall LLP**
                                                   **1300 Main Place Tower**
                                                   **350 Main Street**
                                                   **Buffalo, NY 14202**
                                                   **(716) 852-1300  Fax: (716) 852-1344**
                                                   **abaumeister@amigonesanchez.com**

# United States Bankruptcy Court

## Western District of New York

In re    **OCM Construction, Inc.** _____ ,    Case No. _____

                            Debtor

                                                                    Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Konrad Ortega**<br>**116 Edison St.**<br>**Lackawanna, NY 14218** | **Common** | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 30, 2014**_____        Signature  **/s/ Konrad S. Ortega**_____

                                                                       **Konrad S. Ortega**
                                                                       **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **OCM Construction, Inc.**

                                   Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 30, 2014**

**/s/ Konrad S. Ortega**

**Konrad S. Ortega**/**President**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Admar Supply Co.
1950 Brighton-Henrietta TL Rd.
Rochester, NY 14623-2510


Allgaier Construction
180 County Rd.
Clarence Center, NY 14032


ASI Signage Innovations
2957 Alt Blvd.
Grand Island, NY 14072


Beaver Carpet & Tile Inc.
4804 Transit Road
Depew, NY 14043


Bison Scaffold & Masons Supply Inc.
885 Bailey Avenue
Buffalo, NY 14206


BNI Publications
P.O. Box 2380
Vista, CA 92085-2380


Buffalo Laborer's Benefit Fund
25 Tyrol Drive, Suite 200
Buffalo, NY 14227


Builders Hardware
2002 West 16th Street
Erie, PA 16505


Carboline Company
P.O. Box 931942
Cleveland, OH 44193-0004


Charlie Messer
98 Densmore Avenue
Buffalo, NY 14220


CIEA
2660 William St.
Cheektowaga, NY 14227

CIEA Inc.
Dept. #22
P.O. Box 8000
Buffalo, NY 14267


Color Tech Painting
200 Roosevelt Street
Tonawanda, NY 14150-3503


Commercial Pipe & Supply Corp.
1920 Elmwood Avenue
Buffalo, NY 14207


Complete Payment Recovery Services
P.O. Box 30184
Tampa, FL 33630-3184


Concentra Occupational Health Centers
P.O. Box 20127
Cranston, RI 02920-0942


Construction Specialties
c/o Mike Milliken
Sanders Douglas International
120 S. Houghton Road, Suite 138-257
Tucson, AZ 85748


Construction Specialties
P.O. Box 415278
Boston, MA 02241-5278


Dan Zambito Construction Inc.
147 Richfield Road
Buffalo, NY 14221-6852


Design & Construction Resources
P.O. Box 2380
Vista, CA 92085-2380


Dommer Construction Corp.
19 Cardy Lane
Depew, NY 14043

Dommer Construction Corp.
c/o Eric A. Bloom, Esq., Damon & Morey
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202

Door Specialties Inc.
530 Fillmore Avenue
Tonawanda, NY 14150

Edward H. Cox Company, Inc.
91 Union Street
Hamburg, NY 14075

Empire State Carpenter Fringe Benefit
Funds
10 Corporate Park Drive, Suite B
Hopewell Junction, NY 12533

Empire State Carpenters
Fringe Benefit Funds
181 Industrial Park Rd.
Horseheads, NY 14845

Eric Brown, BA
Plaster Local #9
153 Christiana St.
North Tonawanda, NY 14120

Fab Tech, Inc.
480 Hercules Drive
Colchester, VT 05446

Fastenal
P.O. Box 978
Winona, MN 55987-0978

FCSM, LLC
217 Westcliff Drive
West Seneca, NY 14224

First Niagara
Loan Service Correspondence
P.O. Box 514
Lockport, NY 14095-0514

Frontier
2101 Kenmore Avenue
Buffalo, NY 14207


Guard Contracting Corp.
3775 River Road
Tonawanda, NY 14150


Gui's Lumber/ACE Hardware
P.O. Box 147
Niagara Falls, NY 14304


Hanes Supply Inc.
c/o Edward Martin, Esq.
Greenberg Grant & Richards
5858 Westheimer Road, #500
Houston, TX 77057


Hanes Supply, Inc.
55 James E. Casey Drive
Buffalo, NY 14206


I-Tul Design & Software Inc.
3009 Douglas Blvd.
Roseville, CA 95661


Ignite Payments
5251 Westheimer Road
Houston, TX 77056-5404


Independent Health
Dept. 264
P.O. Box 8000
Buffalo, NY 14267-0002


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IUPAT Combined Funds
P.O. Box 92869
Chicago, IL 60675-2869

Jeff Cook
12700 Cottage Road
South Dayton, NY 14138


Johnson Controls Inc.
130 John Muir Drive
Buffalo, NY 14228


Kamco Supply Corp.
P.O. Box 530
Wallingford, CT 06492


Kelly Brothers
101 Benbro Drive
Buffalo, NY 14225


Kyle Kurtz
4591 Southwestern Blvd.
Hamburg, NY 14075


Life Science Products
124 Speer Road
Chestertown, MD 21620


Local Union 210 Laborers International
25 Tyrol Drive, Suite 100
Cheektowaga, NY 14227


Mader Construction Co., Inc.
970 Bullis Road
P.O. Box 429
Elma, NY 14059


Mader Construction Co., Inc.
c/o Eric A. Bloom, Esq., Damon & Morey
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202


Mark Cerrone Inc.
P.O. Box 3009
Niagara Falls, NY 14304

Mark Collins
5490 Salt Road
Clarence, NY 14031


Mike Snyder
52 Pleasant Parkway
Buffalo, NY 14206


Morris Masonry Restoration, LLC
441 Bailey Avenue
Buffalo, NY 14210


New York State Dept of Tax
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


New York State Dept. of Labor
Unemployment Insurance Division
Claim Service Subsection
P.O. Box 4320
Binghamton, NY 13902-4320


Niagara Frontier Trans. Authority
Metropolitan Transportation Center
Buffalo, NY 14203


Niagara Pipe Hanger
200 Campus Drive
Mount Holly, NJ 08060-9663


Nichtor Construction, Inc.
30 Wildwood Dr.
Lancaster, NY 14086


Northeast Interior System, Inc.
7001 Maltage Dr.
Liverpool, NY 13090


NYSLPAC
25 Tyrol Drive
Buffalo, NY 14227

P.D.C #4 Trust Funds
585 Aero Drive
Buffalo, NY 14225


Paul Brown
Plaster Local #9
325 Oliver St.
North Tonawanda, NY 14120


Plasterers & Cement Masons Local #9
1089 Kinkead Avenue, Suite 103
North Tonawanda, NY 14120


Plasterers & Cement Masons Local #9
c/o Law Office of Luke Brown, LLC
2645 Sheridan Drive
Tonawanda, NY 14150


Print Plus Buffalo Publishing Corp.
220 Broadway
Buffalo, NY 14204-1437


Quaker Millwork & Lumber Inc.
77 South Davis Street
Orchard Park, NY 14127


Quality Plus
60 Lawrence Bell Drive
Buffalo, NY 14221


RB U'Ren
1120 Connecting Road
Niagara Falls, NY 14304


Repocraft
136 Broadway
Buffalo, NY 14203


Riverfront Custom Design Inc.
200 River Road
North Tonawanda, NY 14120


RM Headlee
3649 California Road
Orchard Park, NY 14127

Ryan Militallo
43 Cloverleaf Drive
Buffalo, NY 14218


Scranton's Thruway Bldrs. Supplies Corp.
3360 Walden Avenue
Depew, NY 14043


Sherwin Williams
910 Sheraton Drive, Suite 400
Mars, PA 16046


Sherwin Williams
c/o DeHaan & Bach
25 Whitney Drive, Suite 106
Milford, OH 45150


Skyworks LLC
100 Thielman Drive
Buffalo, NY 14206


Skyworks LLC
c/o Getman & Biryla LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Spicer Group
701 Seneca St., Suite 425
Buffalo, NY 14210


Spray Tech
116 Lake Avenue
Buffalo, NY 14219


Stamps.com
P.O. Box 202928
Dallas, TX 75320-2928


T.P. Woodside
60 Lawrence Dr.
Williamsville, NY 14221

Thermal Foams, Inc.
2101 Kenmore Avenue
Buffalo, NY 14207


Tiede-Zoeller Tile Corp.
250 Sonwil Drive
Cheektowaga, NY 14225


Tool Ranch
1150 Scottsville Road
Rochester, NY 14624


Trane US Inc.
3600 Pammel Creek Road
La Crosse, WI 54601-7599


Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044


United Materials
3949 Forest Parkway, Suite 400
North Tonawanda, NY 14120


Vince Marino
478 Highland Avenue
Buffalo, NY 14223


Zdarsky, Sawicki & Augostinelli, LLP
404 Cathedral Park
298 Main Street
Buffalo, NY 14202

# United States Bankruptcy Court
## Western District of New York

In re    **OCM Construction, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **OCM Construction, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 30, 2014**
_____
Date

**/s/ Arthur G. Baumeister, Jr.**
_____
**Arthur G. Baumeister, Jr.**
Signature of Attorney or Litigant
Counsel for    **OCM Construction, Inc.**
**Amigone, Sanchez, Mattrey & Marshall LLP**
**1300 Main Place Tower**
**350 Main Street**
**Buffalo, NY 14202**
**(716) 852-1300 Fax:(716) 852-1344**
**abaumeister@amigonesanchez.com**